IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN LOPEZ, | 1:08-cv-1270 OWW WMW (HC) |
| Petitioner, | ORDER GRANTING RESPONDENT'S FIRST REQUEST FOR EXTENSION OF TIME TO FILE ANSWER |
| vs. | |
| DERRAL ADAMS, Warden, | (DOCUMENT #19) |
| Respondent. | DEADLINE: FEBRUARY 19, 2009 |
| _____/ | |

On January 9, 2009, Respondent filed a motion to extend time to file an Answer to the Petition for Writ of Habeas Corpus. Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. Respondent's request is GRANTED;
2. Respondent shall file an Answer to the Petition for Writ of Habeas Corpus on or before February 19, 2009.

IT IS SO ORDERED.

**Dated:   January 12, 2009**          /s/  William M. Wunderlich
                                        UNITED STATES MAGISTRATE JUDGE