UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUAN LOPEZ, | ) | 1:08-cv-01270 OWW YNP DLB (HC) |
| Petitioner, | ) | |
| v. | ) | ORDER GRANTING PETITIONER'S MOTION TO SUBSTITUTE COUNSEL |
| DERRALL ADAMS, Warden, | ) | [Doc. #22] |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On February 26, 2009, Petitioner filed a motion to substitute counsel in this matter. Good cause having been shown, Petitioner's motion is hereby GRANTED.

IT IS SO ORDERED.

Dated:   **June 24, 2009**           **/s/ Dennis L. Beck**

UNITED STATES MAGISTRATE JUDGE